NANCY CURRY
CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA 90014
Tel: (213)689-3014  FAX (213)689-3055

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **CHAPTER 13** |
| | ) |
| | ) **CASE NO. LA 2:05-bk-37545-VK** |
| SHEFFIELD, DONALD ANDRE | ) |
| | ) **NOTICE OF INTENT TO FILE TRUSTEE'S** |
| | ) **FINAL REPORT AND ACCOUNT, OBTAIN** |
| | ) **DISCHARGE OF DEBTOR AND CLOSE CASE** |
| Debtor | ) |

   TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, intends to file a Final Report and Account, a copy of which is attached to this notice; and

   NOTICE IS HEREBY GIVEN that any party objecting to the Final Report and Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice; the Court will discharge debtor and, upon request by the Trustee, will discharge the Trustee's bond and close the case (see 11 U.S.C. §350(a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that objection(s), if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the debtor and the debtor's attorney, if any, and upon the Office of the United States Trustee.

Executed on December 21, 2010                    /S/ Nancy Curry

# PROOF OF SERVICE OF DOCUMENT

In Re: SHEFFIELD, DONALD ANDRE
Case No. LA 2:05-bk-37545-VK

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT , OBTAIN DISCHARGE OF DEBTOR AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On December 21, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On December 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
SHEFFIELD, DONALD ANDRE
110 W. 6TH ST., #349
LONG BEACH, CA 90802

Attorney for Debtor
GREGORY J. DOAN
25401 CABOT ROAD, #119
LAGUNA HILLS, CA 92653-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on December 21, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2010 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: SHEFFIELD, DONALD ANDRE § Case No. 2:05-bk-37545-VK
§
§
Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Curry, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/08/2005.

2) The plan was confirmed on 01/18/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/10/2009.

6) Number of months from filing or conversion to last payment: 44.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,512.00.

10) Amount of unsecured claims discharged without full payment: $42,535.93.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 51,377.00 | |
| Less amount refunded to debtor | $ 54.45 | |
| **NET RECEIPTS** | | $ 51,322.55 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,250.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 5,132.29 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,382.29 |
| Attorney fees paid and disclosed by debtor: | $ 1,250.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Pri | 19,500.00 | 15,391.61 | 15,391.61 | 15,391.61 | 0.00 |
| FRANCHISE TAX BOARD | Pri | 3,124.00 | 2,533.99 | 2,533.99 | 2,533.99 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 7,488.00 | 7,488.00 | 7,488.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 0.00 | 5,512.00 | 5,512.00 | 5,512.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 0.00 | 7,860.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | Sec | 0.00 | 49.00 | 49.00 | 49.00 | 0.00 |
| CAPITAL ONE | Uns | 1,100.00 | 856.30 | 856.30 | 214.08 | 0.00 |
| CHEVRON CREDIT BANK | Uns | 124.00 | 262.98 | 262.98 | 65.75 | 0.00 |
| ROUNDUP FUNDING, LLC | Uns | 1,855.00 | 1,725.22 | 1,725.22 | 431.31 | 0.00 |
| DELL FINANCIAL | Uns | 533.00 | NA | NA | 0.00 | 0.00 |
| DSRM NATIONAL BANK | Uns | 106.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 240.00 | 242.04 | 242.04 | 60.51 | 0.00 |
| ECAST SETTLEMENT CORP. | Uns | 939.00 | 939.89 | 939.89 | 234.97 | 0.00 |
| ECAST SETTLEMENT CORP. | Uns | 1,135.00 | 1,026.69 | 1,026.69 | 256.67 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 34,018.00 | 33,606.11 | 33,606.11 | 8,401.53 | 0.00 |
| FDS NATIONAL BANK | Uns | 508.00 | 485.24 | 485.24 | 121.31 | 0.00 |
| ECAST SETTLEMENT CORP. | Uns | 4,186.00 | 3,747.55 | 3,747.55 | 936.89 | 0.00 |
| ECAST SETTLEMENT CORP. | Uns | 734.00 | 706.06 | 706.06 | 176.51 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| NEIMAN MARCUS | Uns | 450.00 | 486.80 | 486.80 | 121.70 | 0.00 |
| RESURGENT ACQUISITION | Uns | 8,595.00 | 8,148.24 | 8,148.24 | 2,037.06 | 0.00 |
| RESURGENT ACQUISITION | Uns | 2,662.00 | 2,607.53 | 2,607.53 | 651.88 | 0.00 |
| RESURGENT ACQUISITION | Uns | 470.00 | 470.13 | 470.13 | 117.53 | 0.00 |
| ARROW FINANCIAL SERVICES, LLC | Uns | 0.00 | 165.52 | 165.52 | 41.38 | 0.00 |
| FDS NATIONAL BANK | Uns | 0.00 | 120.83 | 120.83 | 30.21 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | 127.99 | 127.99 | 32.00 | 0.00 |
| FRANCHISE TAX BOARD | Uns | 0.00 | 137.47 | 137.47 | 34.37 | 0.00 |
| GREGORY J. DOAN | Lgl | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 5,561.00 | $ 5,561.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,561.00 | $ 5,561.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 25,413.60 | $ 25,413.60 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 25,413.60 | $ 25,413.60 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 55,862.59 | $ 13,965.66 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,382.29 |
| Disbursements to Creditors | $ 44,940.26 |
| **TOTAL DISBURSEMENTS:** | $ 51,322.55 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: <u>12/21/2010</u>      By: <u>/s Nancy Curry</u>
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:05-bk-37545-VK<br>Central District Of California<br>Los Angeles<br>Tue Dec 21 09:03:10 PST 2010 | Ascension Capital Group LP<br>Attn Capital One Auto Finance Dept<br>P O Box 201347<br>Arlington, TX 76006-1347 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | ARROW FINANCIAL SERVICES LLC<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| B-LINE, LLC/APPLIED CARD BANK<br>MAIL STOP 550<br>2101 FOURTH AVE., SUITE 1030<br>SEATTLE, WA 98121-2317 | CAPITAL ONE AUTO FINANCE<br>C/O ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON, TX 76006-1347 | CAPITAL ONE AUTO FINANCE<br>PO BOX 93016<br>LONG BEACH, CA 90809-3016 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE FSB<br>PO BOX 60024<br>CITY OF INDUSTRY, CA 91716-0024 | CHEVRON<br>PO BOX 2001<br>CONCORD, CA 94529-0001 |
| CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>PO BOX 510, SECT. 230<br>CONCORD, CA 94522-0510 | CROSS COUNTRY<br>PO BOX 17125<br>WILMINGTON, DE 19850-7125 | Citibank USA NA/Goodyear<br>eCAST Settlement Corp<br>POB 35480<br>Newark, NJ 07193-5480 |
| DELL FINANCIAL<br>PO BOX 6403<br>CAROL STREAM, IL 60197-6403 | DEPARTMENT OF THE TREASURY-IRS<br>INTERNAL REVENUE SERVICE<br>ROOM 4062, STOP 5022<br>LOS ANGELES, CA 90012 | DSRM NATIONAL BANK<br>PO BOX 300<br>AMARILLO, TX 79105-0300 |
| FDS BANK/MACY'S<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | FIRST PREMIER<br>PO BOX 5147<br>SIOUX FALLS, SD 57117-5147 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| GE/JCP Consumer<br>eCAST Settlement Corp<br>POB 35480<br>Newark, NJ 07193-5480 | GOODYEAR<br>PROCESSING CENTER<br>DES MOINES, IA 50364-0001 | HOUSEHOLD CREDIT<br>PO BOX 61002<br>CITY OF INDUSTRY, CA 91716 |
| HSBC BANK NEVADA NA<br>HSBC CARD SERVICES III<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | LVNV Funding LLC<br>Resurgent Capital Services<br>POB 10587<br>Greenville SC 29603-0587 |

| | | |
|---|---|---|
| MACYS<br>PO BOX 4562<br>CAROL STREAM, IL 60197-4562 | MBNA<br>PO BOX 15137<br>WILMINGTON, DE 19886-5137 | MBNA AMERICAN BANK NA<br>ECAST SETTLEMENT CORPORATION<br>P O BOX 35480<br>NEWARK, NJ 07193-5480 |
| MCCBG- JC PENNYS<br>P.O. BOX 960001<br>ORLANDO, FL 32896-0001 | NEIMAN MARCUS<br>PO BOX 5235<br>CAROL STREAM, IL 60197-5235 | Neiman Marcus c/o Creditors Bkcy Srv.<br>P.O. BOX 740933<br>Dallas, TX 75374-0933 |
| PROVIDIAN<br>PO BOX 660763<br>DALLAS, TX 75266 | PROVIDIAN<br>PO BOX 9539<br>MANCHESTER, NH 03108-9539 | Premier Bankcard<br>c/o Premier/CSI-Dept SDPR<br>P O Box 2208<br>Vacaville, CA 95696-8208 |
| SHELL<br>PO BOX 183018<br>COLUMBUS, OH 43218-3018 | U.S. TRUSTEE, S.A.<br>411 WEST FOURTH STREET, SUITE 9041<br>SANTA ANA, CA 92701-8000 | Donald Andre Sheffield<br>110 W, 6th St. #349<br>Long Beach, CA 90802-1366 |
| Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653-5530 | Nancy K Curry (TR)<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014-1668 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC.<br>PO BOX 41067<br>Norfolk, VA 23541 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 1 MAILSTOP 5501<br>24000 AVILA ROAD<br>LAGUNA NIGUEL, CA 92677 |
| (d)Internal Revenue Service<br>300 N. Los Angeles St., Room 4062 /5022<br>Los Angeles, CA 90012 | (d)Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                   44 |